# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACIE DUPELL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **WALMART STORES EAST, LP** | : | **NO. 19-610** |

## ORDER

**NOW**, this 28th day of August, 2019, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 16) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant and against the plaintiff.

/s/ TIMOTHY J. SAVAGE J.